MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DARRELL ROMANO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:07-cr-120 WBS |
| Plaintiff, | ) |
|  | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER TO STATUS CONFERENCE |
|  | ) |
| DARRELL ROMANO, | ) Requested date: 1-17-2016 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| ===============================) | |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, Michael D. Long, attorney for defendant DARRELL ROMANO, that the status conference set for January 9, 2017, at 9:00 a.m. should be vacated and re-set for January 17, 2016, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Defense counsel is still reviewing discovery, meeting with Mr. Romano and the prosecutors, obtaining criminal history documents, and developing defenses to the underlying criminal allegations and the criminal forfeiture allegations.  Defense counsel and government counsel are continuing to engage in plea negotiations and the parties anticipate a plea agreement will be finalized in time for a guilty plea to be entered on January 17, 2017.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party requests that time to be excluded as provided by Local Code T4 from today's date through January

-1-

17, 2017, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of January 17, 2017, for the status hearing.  The request for extending the date for the status conference is at the specific request of the defendant and with his knowing, intelligent and voluntary waiver of his speedy trial rights under the law.  The government agrees that a continuance is necessary.  Good cause is hereby shown.

Dated:  January 3, 2017                             Respectfully submitted,

                                                /s/ Michael D. Long
                                                MICHAEL D. LONG
                                                Attorney for Darrell Romano

Dated:  January 3, 2017                             PHIL TALBERT
                                                Acting United States Attorney

                                                /s/ Heiko Coppola
                                                HEIKO COPPOLA
                                                Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for January 17, 2017, at 9:00 a.m., before District Court Judge William B. Shubb.  The court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time is excluded as provided by Local Code T4 from today's date through January 17, 2017, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

Dated:  January 3, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE